**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:           RogersRMR@yahoo.com

Attorneys for Plaintiff
**TERRANCE RICKS**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RICKS,<br><br>           Plaintiff,<br>v.<br><br>UNITED AIR LINES, INC.<br><br>           Defendant. | Case No.:  C11-03637 PJH [ECF]<br><br>Case filed:          07/25/11<br>Case reassigned:  10/19/11<br>Trial date:           TBA<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, [~~PROPOSED~~] ORDER**<br><br>Date:       12/01/11<br>Time:       2:00pm<br>Location:  Courtroom 3, 3rd Floor |

1  Plaintiff needs a continuance of the Case Management Conference because Plaintiff's
2  counsel has a vacation scheduled for November 22, 2011, through December 4, 2011. Tickets
3  were purchased and plans made prior to notice of the Conference.
4  The first date convenient for both counsel is January 26, 2012, and the parties stipulate to
5  continuance of the Case Management Conference from December 1, 2011, at 2:00 p.m., to
6  January 26, 2012, at 2:00 p.m.

7  Respectfully submitted,
8  Dated: 10-31-11      LAW OFFICE OF RICHARD M. ROGERS
9
10 By: /s/ Richard M. Rogers
   RICHARD M. ROGERS
11 Attorneys for Plaintiff
   Respectfully submitted,
12 Dated: 10/31/11
13        DLA PIPER LLP
14
15 By: /s/
16        Attorneys for Defendant

17 It Is So Ordered.
18
19 Dated: 11/1/11   By: /s/ Phyllis J. Hamilton
20                  JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA